United States District Court
For The Middle District of Georgia
Macon Division

**5:15-CV-061**

| | | |
|---|---|---|
| Earl A. Bryant | vs | General Electric |
| 611 Lokchapee Drive | | 3135 Easton Turnpike |
| Macon, Georgia 31210 | | Fairfield, Connecticut 06828 |
| Plaintiff | | Defendant |

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA
2015 FEB 26  PH 12:31
RECEIVED
CLERK'S OFFICE

**General Electric Unilateral Breach of Contract, Breach of Warranty and Fraudulent Collusion with Consulting Firm Towers Watson**

**Statement of The Case**

On September 30, 1968, Litigant began employment for General Electric in the Nuclear Energy Division. Litigant signed up for "guaranteed" GE employee and dependent medical plan, GE employee and dependent life insurance plan and GE savings plan, together with other GE commitments including pension, retirement benefits and specific death benefits.

As a General Electric employee, Litigant responsibilities included hiring and new employees orientation presentations that stated GE employment guarantees. Subsequently, Litigant responsibilities included union avoidance and defeats of union petitions to represent GE employees. Those union organizing defeats required Litigant presentations of guarantees on behalf of GE regarding wages, hours, working conditions and benefits.

Additionally, at several GE operations, Litigant responsibilities included local unions contracts negotiations. Litigant was authorized to obtain GE win-win contracts settlements with guarantees of wages, hours, working conditions and benefits for the duration of the contracts.

During Litigant's GE years of service, responsibilities included oversight of operations, employee medical services and treatment, employee benefits counseling and support, and coordination of operations security. Litigant responsibilities also included operations oversight for GE employee and community commitments, standards and values in North Carolina, Wisconsin, Illinois, New York and Georgia. Litigant fulfilled his commitments to General Electric for thirty-three years as an employee and stockholder, and more than a decade as a retiree and stockholder.

1.

In 2015, GE and Towers Watson have now used denial of key information and fraudulent collusion to unilaterally breach Litigant's GE declared 1968 contract and warranty of "sunset years" guarantees.

The harmful actions of GE and Towers Watson force Litigant Bryant to federal court, seeking unbiased adjudication for current and future damages resulting from the GE and Towers Watson actions.

*Earl A. Bryant*
_____
Earl A. Bryant
Pro Se Litigant
February 26, 2015

2.

United States District Court
For The Middle District of Georgia
Macon Division

| | | |
|---|---|---|
| Earl A. Bryant | vs | General Electric |
| 611 Lokchapee Drive | | 3135 Easton Turnpike |
| Macon, Georgia 31210 | | Fairfield, Connecticut 06828 |
| Plaintiff | | Defendant |

### General Electric Unilateral Breach of Contract, Breach of Warranty and Fraudulent Collusion with Consulting Firm Towers Watson

### Affidavit For Damages

General Electric is indebted to Litigant Bryant by GE 1968 declared contract and warranty, with terms continuous through the life of litigant.

Therefore, Litigant Bryant requests federal courts to grant **Order** and **Judgment** of Two Million Dollars ($2,000,000.00) after GE paid taxes and litigation cost for breach of contract, warranty, fraudulent collusion and to assure General Electric commitments of "sunset years" security and death benefits are met.

*Earl A. Bryant*
Earl A. Bryant
Pro Se Litigant
February 26, 2015

United States District Court
For The Middle District of Georgia
Macon Division

| | | |
|---|---|---|
| Earl A. Bryant | vs | General Electric |
| 611 Lokchapee Drive | | 3135 Easton Turnpike |
| Macon, Georgia 31210 | | Fairfield, Connecticut 06828 |
| Plaintiff | | Defendant |

### Certificate of Service

I hereby certify that true and correct copies of Earl A. Bryant v General Electric were sent by United States Mail, Postage prepaid:

General Electric
3135 Easton Turnpike
Fairfield, CT  06828

General Electric Board of Directors

Jeffrey Immelt, Chairman and CEO

*Earl A. Bryant*
Earl A. Bryant
Pro Se Litigant
February 26, 2015